4

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE PRESTON,
KATHY PRESTON, DERRICK LEE SMITH, #267009.
JAMES THOMAS PRESTON,
MARTIN PRESTON,
RACHEL PRESTON,
        Co-Plaintiffs,

VS

HIEDI WASHINGTON, Director of MDOC,
OFFICE OF POLICY DIERECTIVES,
        Defendants, et al,
_____/

Case: 2:18-cv-10736
Judge: Roberts, Victoria A.
MJ: Stafford, Elizabeth A.
Filed: 03-05-2018 At 08:15 AM
PRIS DERRICK SMITH V HIEDI WASHINGT
ON, ET AL (LG)

42 U.S.C. §1982 PRISONER CIVIL RIGHTS COMPLAINT

Plaintiff Derrick Lee Smith, hereby files and presents this CIVIL RIGHTS COMPLAINT to the Eastern District of Michigan and, is joined by other Parties who seek to be co-plaintiffs within this case as that all parties are related within this case at bar.

Plaintiffs will be filing a BRIEF IN SUPPORT and the issue deals solely with the Michigan Department of Corrections Implementing of the CURRENT MAIL POLICY UNDER MDOC POLICY DIRECTIVE 05.03.118 and states that the current mail policy infringes upon Plaintiff Prisoner Derrick Lee Smith's right to receive mail and know who the mail was sent to and to have the address of that sender made known to the Plaintiff upon it being sent where the policy that is currently in place allows the Department of Corrections and its employees to TAKE A LETTER THAT IS SENT BY ONE OF THE CO-PLAINTIFFS.. WHO HAVE LISTED THEIR RETURN ADDRESS ON THE ENVELOPE, AND TO REMOVE THE LETTER FROM THE ENVELOPE AND DESTROY THE ENVELOPE AND THEN SEND JUST THE LETTER TO THE PLAINTIFF PRISONER....Without even placing the RETURN ADDRESS OF THE SENDER OF SAID LETTER ON THE NEW ENVELOPE THAT THE INCOMING MAIL ROOM PROCESSOR IS PLACING SAID LETTER INTO....And yet, when LEGAL MAIL COMES IN, THE ENVELOPE IS COPIED FULLY SO THAT PLAINTIFF PRISONER KNOWS WHO SENT IT..MAIL IS MAIL, LEGAL OR NOT AND IT SHOULD NOT BE INTERFERED WITH IN ANY WAY, AND BY THE DEFENDANTS IMPLEMENTING THIS NEW POLICY, IT VIOLATES THE PLAINTIFF PRISONERS FIRST AMENDMENT RIGHTS TO MAIL AND PRESS AND RELIGION...And the new policy conflicts with incoming legal mail policy, when in fact the present mailroom policy is an infringment of the Plaintiffs rights...

MOTION TO WAIVE FEES

Plaintiff Prisoner is in fact indigent and cannot afford to cover the costs of the Entry fee on this matter and has no asserts and is in prison for quite a number of years and has nothing to convert to cash to cover the costs associated with



(1)

this filing fee involved in this matter and now submits to
the court the encloses statement of account activity sheet
and states that the Plaintiff cannot afford to pay the cost
of the entry fee for the case and asks it to be waived..
      All Plaintiffs are in fact indigent.
Thank you.

Derrick Lee Smith
267009-4-139a
MCF-2400 S. Sheridan Drive
Muskegon, MI 49442

Kathy Preston
3. Gration Blvd
Marysville, MI 48040

Rachel Preston
3. Gratiot Blvd
Marysville, MI 48040

George Preston
7541 Yale Road
Avoca, MI 48006

James Thomas Preston
3. Gratiot Blvd
Marysville, MI 48040

Martin Preston
3.Gration Blvd
Marysville, MI 48040

MR. DERRICK LEE SMITH
#267009-4-139A
MUSKEGON CORRECTIONAL FACILITY
2400 S. SHERIDAN DRIVE
MUSKEGON, MI 49442

new case

Rug 18-10736

OFFICE OF THE CLERK
U.S. DISTRICT COURT
231 W. LAFAYETTE BLVD
DETROIT, MI 48226



FOREVER
USA

Barn Swallow



RECEIVED
MAR - 5 2018
CLERK'S OFFICE
U.S. DISTRICT COURT

48226$2794 C008


FSC
MIX
Paper

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS



000140037E
02  MI
ZIP 49442
U.S POSTAGE

# CIVIL COVER SHEET FOR PRISONER CASES

| | | |
|---|---|---|
| **Case No.** 18-10736 | **Judge:** Victoria A. Roberts | **Magistrate Judge:** Elizabeth A. Stafford |

**Name of 1st Listed Plaintiff/Petitioner:**

DERRICK LEE SMITH ET AL

**Name of 1st Listed Defendant/Respondent:**

HIEDI WASHINGTON

**Inmate Number:**   267009

**Additional Information:**

DM-no fee no copies no ifp app

**Plaintiff/Petitioner's Attorney and Address Information:**

**Correctional Facility:**

Muskegon Correctional Facility

2400 S. Sheridan
Muskegon, MI 49442
MUSKEGON COUNTY

---

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

---

**PURSUANT TO LOCAL RULE 83.11**

1. **Is this a case that has been previously dismissed?**
   ☐ Yes          ☒ No
   ➤ If yes, give the following information:

   Court: _____

   Case No: _____

   Judge: _____

2. **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**
   ☐ Yes          ☒ No
   ➤ If yes, give the following information:

   Court: _____

   Case No: _____

   Judge: _____

MIED (Rev. 07/06)  Civil Cover Sheet for Prisoner Cases